## Commonwealth *v.* McDuffie, Appellant.

Argued September 22, 1970. *James L. Bross,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,*

Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.